# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE SEALED MATTER     NO. 12-86

## MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file the documents accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE

WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284

FILED
HARRISBURG
APR 4 - 2012
MARY E. D'ANDREA, CLERK
Per: _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMARJIT SINGH GREWAL,<br>KULWINDER SINGH GREWAL,<br>JESSE ROLDAN,<br>STEVEN ACCARDI,<br>JASWINDER FATRA,<br>SLIMANE BELABBAS,<br>INDERJIT JASSAL, and<br>BALJEET SINGH | Criminal No. 1:CR-12-<br>(Judge        ) |

FILED
HARRISBURG
APR 4 – 2012
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## DECLARATION IN SUPPORT OF MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, submits the following Declaration in Support of the Government's Motion to Seal, pursuant to Rule 6 of the Federal Rules of Criminal Procedure.

1. Your declarant states that, in the view of your declarant this Declaration and the following documents should be filed under seal:

   [X]  Indictment             [ ]  Complaint

   [ ]  Search/Seizure         [ ]  Application and Affidavit
        Warrant

   2. The United States requests that the above-referenced documents, and this Motion, remain under seal pending:

   [ ]  Further Order of Court; or

   [X]  Written notification by the United States that these pleadings
        no longer need to remain filed under seal; or

[ ] Arrest of defendant(s)

3. In support of this Motion, the United States alleges that filing these pleadings under seal is necessary in order to:

[X] Preserve the integrity of this ongoing case;

[ ] Ensure the safety of investigative personnel;

[ ] Protect the identity of potential witnesses;

[ ] Allow for the seizure of evidence;

[X] Permit the arrest of those charged with violations of criminal laws; or

[ ] Allow this defendant to complete the cooperation aspects of the plea agreement.

[ ] Avoid unfair prejudice to the defendants

WHEREFORE, for the foregoing reasons, the United States moves to seal this Declaration and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE

WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284