
FILED
HARRISBURG
APR 19 2012
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Criminal No. 1:12-CR-0086-01

v.

AMARJIT SINGH GREWAL :

### P L E A

AND NOW, this 19th day of APRIL, the within named defendant, hereby enters a plea of NOT GUILTY to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)