PJS:WAB:caz

FILED
HARRISBURG

APR 2 4

(illegible)

*lcaw*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-12-086 |
| | ) |
| v. | ) (Judge Kane) |
| | ) |
| AMARJIT SINGH GREWAL, et al. | ) |

## O R D E R

By Order of April 4, 2012, the Indictment in this case was placed under seal upon the application of the United States for a sealing order. The United States has filed a Motion to Unseal, stating that it is no longer necessary for this Indictment to remain sealed. Therefore, **IT IS ORDERED** that the Government's Motion to Unseal is **GRANTED**. The Indictment is **UNSEALED** as of this date.


_____
MARTIN C. CARLSON
UNITED STATES MAGISTRATE JUDGE