

FILED
FEB 22 2013
PER _____
HARRISBURG, PA   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE SEALED MATTER     NO. 1:12-CR-086

### MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file the documents accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed

> Respectfully submitted,
>
> PETER J. SMITH
> UNITED STATES ATTORNEY
>
> /s/ WILLIAM A. BEHE
> WILLIAM A. BEHE
> Assistant U.S. Attorney
> 228 Walnut Street
> P.O. Box 11754
> Harrisburg, PA 17108
> 717/221-4482 (Office)
> 717/221-2246 (Fax)
> WILLIAM.BEHE@USDOJ.GOV
> Bar No. PA-32284