IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-86** |
| | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | |
| **AMERJIT SINGH GREWAL** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, this 22nd day of February 2013, **IT IS HEREBY ORDERED THAT** this case is referred to Magistrate Judge Susan E. Schwab for a Rule 11 proceeding subject to consent of the parties. The Magistrate Judge shall issue an order setting said hearing.

　　　　　　　　　　　　　　　　　　　　　*S/ Yvette Kane*
　　　　　　　　　　　　　　　　　　　　　Yvette Kane, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania