UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:CR-12-086 |
| | ) (Chief Judge Kane) |
| v. | ) |
| | ) |
| AMARJIT SINGH GREWAL | ) |

### SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT I

From on or about December 1, 2011, up to and including March 31, 2012, in Dauphin, Cumberland, Lebanon, Mifflin and Lancaster Counties, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendant,

**AMARJIT SINGH GREWAL,**

did intentionally and knowingly unlawfully manufacture, distribute and possess with the intent to manufacture and distribute a mixture and substance containing a detectable amount of MDPV, a Schedule I controlled substances, and did aid, abet, counsel, command, induce and procure same.

All in violation of Title 21, United States Code, Section 841(a)(1); Title 18, United States Code, Section 2.

PETER J. SMITH
UNITED STATES ATTORNEY

DATE: 3-4-2013