**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. 1:CR-12-086** |
| | ) | **(Chief Judge Kane)** |
| **v.** | ) | |
| | ) | |
| **AMARJIT SINGH GREWAL** | ) | |

**P R A E C I P E**

TO:  MARY E. D'ANDREA

MADAM:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address:   John H. Reed, Esquire, 102 North Market Street, Selinsgrove, PA 17870, Email: jhreed@ptd.net.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284