FILED
HARRISBURG, PA

MAR 14 2013

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

12-CR-086-01

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT _____PENNSYLVANIA_____

**Defendant's Approval To Institute a Presentence Investigation
Before Conviction of Plea of Guilty**

I, **AMERJIT SINGH GREWAL**_____, having
(Name of Defendant)
pleaded guilty before a magistrate judge and having been advised that I will not be convicted until Chief Judge Kane accepts my guilty plea as recommended by the magistrate judge, hereby consent to the initiation today of a presentence investigation by the probation officers of the United States district courts. This investigation is for the purpose of obtaining information useful to the court should Chief Judge Kane accept my plea of guilty.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what final disposition will be made of my case.

_____3/14/13_____                              _____[signature]_____
       (Date)                                    (Signature of Defendant)

_____3/14/13_____                              _____John H. Reed_____
       (Date)                                    (Defendant's Attorney)